**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7945**

---

ROY LEE OWENS,

Plaintiff - Appellant,

versus

WAYNE W. KOWALSKI, Special Agent DEA; NEAL
GODFREY, Special Agent SBI; TIM MONROE,
Detective Sergeant, Moore County Sheriff
Department; SHERIFF OF GUILFOD COUNTY; RUSSELL
ELIASON, Magistrate Judge; RICHARD S. GLASER,
JR., Assistant United States Attorney; JAMES
CRAVEN, III; RICHARD C. ERWIN, Judge; EPHRAIM
VANDORIAN STANCIL, Government Witness; ANDREW
NEWMAN RICHMOND, JR., Government Witness; W.R.
MYERS, Special Agent SBI,

Defendants - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., District Judge. (CA-95-602-2)

---

Submitted: March 21, 1996          Decided: April 12, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roy Lee Owens, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Owens v. Kowalski</u>, No. CA-95-602-2 (M.D.N.C. Sept. 28, 1995). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3